IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILKS, *et. al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Civil Action: 08-00638-CG-B |
| | * | |
| AMERICAN GENERAL LIFE | * | |
| INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER

This case is before the Court on Defendant American General Life Insurance Company's Motion to Dismiss and Memorandum in Support. (Docs. 8, 10). Plaintiffs are **DIRECTED** to file a response to Defendant's motion by **November 25, 2008.** Any reply by Defendant shall be filed no later than **December 3, 2008**.

DONE this **10th** day of **November, 2008.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**