IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN WILKS, et al,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | CIVIL ACTION 08-638-CG-M |
| : | |
| **MARK C. CALLAHAN, d/b/a** : | |
| **Callahan Financial Services, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion to Remand be **GRANTED** and that this action be **REMANDED** to the Mobile County Circuit Court for all further proceedings.

**DONE and ORDERED** this 24th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE